EUGENIA SILBERFELD, Appellant, v. HENRI PLESSNER, Respondent.—

Settle order

on notice within ten days from the date of this decision. Hagarty, Carswell, Johnston, Taylor and Lewis, JJ., concur.